IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHAUNESSY REGINA SYLVESTER,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 06-cv-4086-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 92-cr-40065** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

October 20, 2006                           By:   **s/ J. Phil Gilbert**
*Date*                                                        *District Judge*